UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

NORRIS ROOSTER OWENS, JR., )
)
Petitioner, )
)
v. ) Case No. CV 305-141
)
VANESSA O'DONNELL, )
)
Respondent. )

### ORDER

Petitioner filed the current petition for writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254. Previously, Petitioner filed a Section 2254 petition with this Court, which was dismissed as time-barred by the one-year statute of limitations. Owens v. Tillman, CV 300-060, Doc. No. 13, *adopted by* Doc. No. 15 (S.D. Ga. May 14, 2001). Because Petitioner's earlier Section 2254 petition was dismissed as time barred, the current Section 2254 petition must also be dismissed because it is time barred.

Accordingly, **IT IS HEREBY ORDERED** that the action is **DISMISSED** and the motion to proceed *in forma pauperis* is **DENIED** as **MOOT**. The Report and Recommendation is adopted in result, and the Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED.**

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Date: January 27, 2006